IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MICHAEL K. SMITH, SR.,

    Plaintiff,

v.                                    CIVIL ACTION NO.: CV507-019

CALVIN D. MORTON, Warden, and
THURMAN L. HENDERSON,
Clemency Administrator of Georgia
Board of Pardons and Paroles,

    Defendants.

## O R D E R

Plaintiff submitted an action for filing in this Court. Plaintiff neither paid the filing fee nor filed a motion to proceed in forma pauperis. By Notice dated February 9, 2007, Plaintiff was instructed to pay the filing fee of $350.00 or move to proceed in forma pauperis within twenty (20) days of the date of that notice. Plaintiff was further advised that failure to comply with that notice might result in the dismissal of this action without prejudice. Plaintiff has failed to respond to the Clerk's notice. Accordingly, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 4th day of April, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)