AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL K. SMITH
           Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV507-019

CALVIN D. MORTON, Warden, and
THURMAN L. HENDERSON, Clemency
Administrator of Georgia Board of Pardons
and Paroles
           Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of April 4, 2007, dismissing case without prejudice; Judgement is hereby entered.

| 4/4/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *Mary Anne Hill* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03